Ross MIDDLEMIST, Wayne W. Maughan, Flathead Joint Board of Control, Plaintiffs–Appellants,

v.

Secretary of the Interior, Bruce BABBITT; Director of the Bureau of Indian Affairs, Portland Area, Stanley M. Speaks; Members of the Tribal Council of the Confederated Salish and Kootenai Tribes, Michael Pablo, Sonny Morigeau, Louis Adams, Hank Baylor, et al., Defendants–Appellees.

No. 93–35315.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 7, 1994.

Decided April 6, 1994.

Jon Metropoulos, Browning, Kaleczyc, Berry & Hoven, Helena, MT, for plaintiffs-appellants.

John B. Carter, Tribal Legal Dept., Confederated Salish and Kootenai Tribes, Pablo, MT, Peter R. Steenland, Jr. and Ellen J. Durkee, Environment & Natural Resources Div., U.S. Dept. of Justice, Washington, D.C., for defendants-appellees.

Harley R. Harris, Asst. Atty. Gen., Helena, MT, for amicus.

Before: HUG, HALL, and THOMPSON, Circuit Judges.

### ORDER

We affirm the district court on the basis of its well-reasoned published opinion, *Middlemist v. Secretary of United States Department of Interior*, 824 F.Supp. 940 (D.Mont. 1993).

**AFFIRMED.**